IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOBBY J. MOSS, | ) | |
| | ) | |
| Petitioner, | ) | 8:16CV479 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that:

(1) The Petitioner's motion for extension of time to file reply to Respondent's answer (filing no. 10) is granted in part and denied in part. The Petitioner's responsive brief to the Respondent's answer is due on or before March 17, 2017.

(2) The Petitioner's motion for appointment of counsel (filing no. 11) is denied.

DATED this 25th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge