IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOBBY J. MOSS, | ) | |
| | ) | |
| Petitioner, | ) | 8:16CV479 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

Upon receipt of the Clerk's memo (filing no. 18),

IT IS ORDERED that:

(1)    The petitioner may proceed on appeal in forma pauperis.

(2)    As recited in the memorandum and order, as well as the judgment, and to be triply obvious, no certificate of appealability has been or will be issued.

(3)    The Clerk shall process the appeal.

DATED this 16th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge